# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

154056(52)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LAKESIDE RESORT, LLC, d/b/a SUNSET
BEACH CAMPGROUND,
      Plaintiff-Appellant,

v

                                 SC: 154056
                                 COA: 324799
CRYSTAL TOWNSHIP,            Montcalm CC: 2011-015389-CZ
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 7, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       August 26, 2016



                   Clerk